# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DOROTHY TRUEBLOOD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VALLEY CITIES COUNSELING AND CONSULTATION, et al.,<br><br>　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0269JLR |

___　　**Jury Verdict**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_　　**Decision by Court**.  This action came to consideration before the court.  The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

　　Defendant Valley Cities Counseling and Consultation's motion for summary judgment (Dkt. # 19) is GRANTED and this matter is DISMISSED with prejudice.  (*See* 8/28/24 Order (Dkt. # 29).)

　　Filed this 28th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　　　Deputy Clerk