UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY TRUEBLOOD, <br><br> Plaintiff, <br><br> v. <br><br> VALLEY CITIES COUNSELING AND CONSULTATION, <br><br> Defendant. | CASE NO. C23-0269JLR <br><br> SHOW CAUSE ORDER |

On September 19, 2024, the court received a call from counsel for Defendant Valley Cities Counseling and Consultation ("VCCC"). Counsel indicated that a former VCCC employee had reached out to her expressing concern about the references to his name and deposition transcript in the court's August 28, 2024 order ruling on the parties' summary judgment motions. (*See generally* 8/28/24 Order (Dkt. # 29).)

Although the employee's deposition transcript has been available on the public docket since June of this year (Dep. Tr. (Dkt. # 21-3)) and the court's summary judgment

ORDER - 1

1 order has been available since late August, the court finds that it would be appropriate to
2 seal the deposition transcript and redact all mentions of the employee's name from the
3 order.  *See* Local Rules W.D. Wash. LCR 5(g) (governing sealing of documents).  The
4 court notes that this is a unique situation involving particularly vulnerable members of
5 the community.  The court does not intend for this order to have any persuasive or
6 precedential value when it comes to redacting documents after the fact.  Counsel should
7 always file motions to seal sensitive materials.  Such motions apprise the court that it may
8 need to preliminarily file orders under seal.

9       The court therefore DIRECTS the Clerk to seal (1) the employee's deposition
10 transcript (Dkt. # 20-3) and (2) the court's August 28, 2024 order (Dkt. # 29).  The court
11 ORDERS the parties to show cause by no later than **September 20, 2024 at 12:00 p.m.**
12 as to why (1) the employee's deposition transcript should not remain sealed and (2) the
13 court should not issue a redacted order removing any references to the employee's name.
14       Dated this 19th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2